**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6409**

CLARENCE T. FOX, JR.,

Plaintiff – Appellant,

v.

FEDERAL BUREAU OF PRISONS, in its official capacity; PAUL
GONZALES, in his individual capacity; KATHERYN MACK, in her
individual capacity; BRENDA SHELL, in her individual
capacity,

Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  G. Ross Anderson, Jr., Senior
District Judge.  (0:08-cv-02431-GRA)

Submitted:  September 28, 2010          Decided:  October 4, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence T. Fox, Jr., Appellant Pro Se. Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence T. Fox, Jr., appeals the district court's orders accepting the recommendation of the magistrate judge, denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fox v. Fed. Bureau of Prisons, No. 0:08-cv-02431-GRA (D.S.C. Jan. 27 & Mar. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED